IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-1007-WKW |
| | ) [WO] |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| ANTONIO HAIGLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-1008-WKW |
| | ) [WO] |
| | ) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

On November 7, 2011, this cause proceeded to trial before the court and a jury. On November 9, 2011, the jury returned a verdict in favor of Defendants and against Plaintiffs. The issues having been duly tried and the jury having duly rendered its verdict, it is the JUDGMENT and DECREE of the court that judgment is ENTERED in favor of Defendants and against Plaintiffs on all claims.

It is further ORDERED that all costs herein incurred are TAXED against Plaintiffs, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendants' oral motion for judgment as a matter of law made on November 8, 2011, is DENIED as moot.

DONE this 10th day of November, 2011.

                                                    /s/ W. Keith Watkins
                                         CHIEF UNITED STATES DISTRICT JUDGE